66,147-02

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 13 2015
Abel Acosta, Clerk

In Re:

Tx. Ct. of Crim. Appeals
P.O. Box 12308 Capilat Station
Austin, Tx. 78711 - 2308

Dear Sirs or Madams

I have written (4) four Times to the trial court that convicted me. I am working Pro-se. I have been sending a motion for Discovery to hopefully gain a copy of Police Report and witness statementes. I'm really counting on the witness statements, because I really believe they would prove my innocence. I can't believe the witnesses Lied Just to put me away although at no fault of the Judicial system accassionally these mistakes do happen. I was talked into taking a plea agreement after pleading innocent for almost two years because, I am.

However with out this Discovery I will never make it to your court.

I was wondering if you could use your supervisory Power to make the lower court comply. Maybe they will listen to you.

My plan is to seek MANDAMUS relief because my indictment plea agreement Papers are both "Void" because of grave mistakes.

The oNly way they could prosecute me was to seek the deal.

Its hard to believe but, true, my

public defender conspired to lock away an innocence, incompetent, person. I guess for a good repor with the D.A.'s office, I dont know, but, what happen to me was an injustice that can and should be corrected, because this is the land of the free and brave.

I strongly believe in putting criminals away and am glad when we do.

But, we do need to show the American public that are Justice System does work and for the greater good.

I am just recently waking up from a 12 year nightmare.

I did fight for this country because, I Believe in it.

Yours truly
Darrell Roberts #1273928
Lynaugh Unit Prison Facility
1098 S. Hwy. 2037 Pecos, County.
Ft. Stockton, Tx. 79735
Pro-se

Cause: 20030D01740 Appeal No: 08-04-00353-CR
409th Dist. ct.
Honorable: Sam Madrano Jr.
500 E. San Antonio Ave. #700
El Paso, Tx. 79901

Jaime Esparza Dist. Atty. Bar # 06666450
Janett Burnett Chavez P.D. Bar # 03427300

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ 3 DISTRICT OF TEXAS
### _____ 3 DIVISION

Darrell Roberts  12-23928
Plaintiff's name and ID Number

Cynaugh Unit, Pecos, County.
Place of Confinement

CASE NO._____
(Clerk will assign the number)

V.

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

State of Texas
Defendant's name and address

I, Darrell Roberts, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.      Have you received, within the last 12 months, any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or from self-employment? | ☐ | ☑ |
| b. | Rent payments, interest or dividends? | ☐ | ☑ |
| c. | Pensions, annuities or life insurance payments? | ☐ | ☑ |
| d. | Gifts or inheritances? | ☐ | ☑ |
| e. | Family or friends? | ☐ | ☑ |
| f. | Any other sources? | ☐ | ☑ |

If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

_____

_____

2.      Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

                Yes ☐          No ☑

If you answered **YES** to any of the questions above, state the total value of the items owned.

_____

_____

1

☆ATCIFP (REV. 9/02)

3.   Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐          No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ___31st___ day of ___March___, 20 _15_.

_____          _1273928_
Signature of Plaintiff                              ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

2

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE      04/01/15
LH30/SRA6141              IN-FORMA-PAUPERIS DATA               13:48:40
TDCJ#: 01273928 SID#: 06630035 LOCATION: JAMES LYNAUGH    INDIGENT DTE: 11/07/14
NAME: ROBERTS,DARRELL                    BEGINNING PERIOD: 10/01/14
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         0.70 TOT HOLD AMT:        50.00 3MTH TOT DEP:        0.70
6MTH DEP:           30.70 6MTH AVG BAL:         0.34 6MTH AVG DEP:        5.12
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
03/15      0.70           0.00          12/14      0.00          0.00
02/15      0.70           0.00          11/14     30.00         30.00
01/15      0.70           0.70          10/14      0.00          0.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Pecos_
ON THIS THE _1_ DAY OF _April_, _15_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

CAng # N/A   ID BY TDCJ # 1273928

SAMUEL G.
RAMIREZ
Notary Public, State of Texas
My Commission Expires
03 21 2016
Notary without Seal